UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of the Complaint of NOVA GROUP, INC., a Delaware corporation; SHIMMICK CONSTRUCTION, INC., a California corporation; and NOVA SHIMMICK, a joint venture, for exoneration, from or limitation of, liability,<br><br>　　　　　　Plaintiffs-in-Limitation. | Case No.: 18-cv-00101-H-KSC<br><br>**ORDER:**<br><br>**(1) PLAINTIFFS-IN-LIMITATION'S MOTION TO CLOSE INTEREST-BEARING ACCOUNT AND TO DISBURSE FUNDS**<br><br>[Doc. No. 30.]<br><br>**(2) ORDER TO DISBURSE FUNDS PURSUANT TO CIVIL LOCAL RULE 67.1(d)** |

On January 16, 2018, Plaintiffs-in-Limitation Nova Group, Inc., Nova Shimmick, and Shimmick Construction, Inc., owners pro hac vice of the 35 GRT, 80ft. steel work barge called DANA filed an admiralty and maritime complaint for exoneration from, or limitation of, liability pursuant to 46 U.S.C. § 30501 et seq. (Doc. No. 1.) Along with their complaint, Plaintiffs-in-Limitation deposited $500.00 with the Clerk of Court pursuant to Civil Local Rule F.1 to cover potential costs of suit for any prevailing claimants. (Doc. No. 1-5.) On February 25, 2019, the Court granted the parties' joint motion to dismiss, and the Court dismissed the entire action with prejudice. (Doc. No. 28.)

1  On April 22, 2025, the Finance Department of the Court issued a notice explaining that this action is terminated and all funds deposited with the Court have not yet been disbursed. (Doc. No. 29.) In response to this notice, on May 22, 2025, Plaintiffs-in-Limitation filed a motion to close the interest-bearing account and to disburse the $500.00 in funds to Plaintiffs-in-Limitation's counsel. (Doc. No. 30.)

Civil Local Rule 67.1(d)(1) provides: "Upon the entry of a judgment, funds, if any, on deposit in the registry of the Court will be disbursed only by order of the Court after the time for appeal has expired, or upon written stipulation by all parties approved by the Court." For good cause shown, the Court grants Plaintiffs-in-Limitation's motion to disburse funds pursuant to Civil Local Rule 67.1(d).

The Court orders the Clerk of Court to disburse the amount of $500.00, plus interest, that are being held in the Court Registry Investment System ("CRIS") in relation to the above case to:

**IT IS SO ORDERED.**

DATED: June 23, 2025

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT